Case 2:12-cr-00557-AM   Document 87   Filed 09/04/15   Page 1 of 4

## ABSTRACT OF JUDGMENT
## NOTICE



FILED
SEP 0 4 2015
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

Pursuant to Title 28 U.S.C. § 3201, this Abstract of Judgment, upon filing in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of Title 26 U.S.C. § 6323(f), creates a lien on all real property of the defendant(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal. If such notice of renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

| Judgment Debtor | Judgment Creditor |
|---|---|
| Richard Hesles, Jr.<br>SSN: XXX-XX-7679<br>DOB: XX/XX/1979 | United States of America<br>Criminal No. DR-12-CR-557-AM<br>USAO No. 2012R02232 |

| Amount of Judgment | Judgment Creditor's Attorney | Judgment Date |
|---|---|---|
| $58,414.00 | Diana Cruz-Zapata<br>Assistant U.S. Attorney<br>Asset Forfeiture Section | November 5, 2013 |

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### DEL RIO DIVISION

I HEREBY CERTIFY that the foregoing is a true and correct Abstract of the Judgment (ECF No. 68) entered by this Court.

SIGNED this 4th day of September, 2015.

By: _____

JEANNETTE CLACK
United States District Clerk
Western District of Texas

Deputy

Trini Barrientez
Print or Type Name

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CRIMINAL NO. DR-12-CR-557-AM |
| | § | |
| RICHARD HESLES, JR. (1) and | § | |
| DAMIEN HESLES (2), | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pending before the Court is the United States of America's Motion for Entry of Money Judgment (ECF No. 52), pursuant to the provisions of 21 U.S.C. § 853(p) and Federal Rule of Criminal Procedure 32.2(c)(1). For the following reasons, the Motion is **GRANTED IN PART** and **DENIED IN PART**.

This Court, being fully and wholly apprised in all its premises, finds that the United States has proven by a preponderance of the evidence that the below described money judgment represents the amount of proceeds realized by Defendants RICHARD HESLES, JR. (1) and DAMIEN HESLES (2), directly or indirectly, as a result of the violations of Title 18, United States Code, Sections 554(a) and 2, by virtue of Defendants RICHARD HESLES, JR. and DAMIEN HESLES'S Plea Agreements with factual bases contained therein. (*See* ECF Nos. 45 and 49, respectively).

The Government further requests that the Court find said money judgment to be a criminal monetary penalty under Condition(s) 20, 21, and 22 of the United States Western District of Texas Conditions of Probation and Supervised Release. The Court presently **DENIES** this part of the Government's Motion.

IT IS THEREFORE **ORDERED** that any and all right, title, and interest of Defendants RICHARD HESLES, JR. and DAMIEN HESLES in the following, namely:

> **MONEY JUDGMENT:** A sum of money amounting to **Fifty Eight Thousand Four Hundred Fourteen Dollars and No Cents ($58,414.00)**, which represents property involved in and/or used to facilitate the violations set out in the Counts referenced above, and for which Defendant **RICHARD HESLES, JR.** is liable,
>
> **MONEY JUDGMENT:** A sum of money amounting to **Forty Two Thousand Six Hundred Thirty Four Dollars and No Cents ($42,634.00)**, which represents property involved in and/or used to facilitate the violations set out in the Count referenced above, and for which Defendant **DAMIEN HESLES** is liable,

hereinafter referred to as the Subject Money Judgments, be and hereby are FORFEITED to the United States of America.

IT IS FURTHER **ORDERED** that Defendants RICHARD HESLES, JR. and DAMIEN HESLES make payments by money order or certified check made payable to the United States Marshals Service and shall include the case number of the instant cause on all money orders, which in this case is: DR-12-CR-557-AM, and said payments shall be sent to:

> **United States Attorney's Office**
> **Attn: Asset Forfeiture Division**
> **601 N.W. Loop 410, Suite 600**
> **San Antonio, Texas 78216**

IT IS FURTHER **ORDERED** that the United States of America shall, at its option, be entitled to forfeiture of any other property (substitute assets) owned by Defendants RICHARD HESLES, JR. and DAMIEN HESLES equivalent to the value of the Subject Money Judgments, and this Court shall retain jurisdiction of this matter to settle any disputes arising from application of this clause.

IT IS FURTHER **ORDERED** that the Subject Money Judgments will be referenced in their

2

Judgments in a Criminal Case as to Defendants RICHARD HESLES, JR. and DAMIEN HESLES.

SIGNED this 5th day of November, 2013.

_____
ALIA MOSES
UNITED STATES DISTRICT JUDGE